1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   Caitlin J. Scott, Esq. (State Bar No. 310619)
2  Tristan P. Jankowski, Esq. (State Bar No. 290301)
3  **MANNING LAW, APC**
   4667 MacArthur Blvd., Suite 150
4  Newport Beach, CA 92660
5  Office: (949) 200-8755
   Fax: (866) 843-8308
6  ADAPracticeGroup@manninglawoffice.com
7
   Attorneys for Plaintiff Guillermo Robles
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GUILLERMO ROBLES, an individual, | Case No. 2:16-cv-07722 GW (AGR) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SPEEDY CASH, a Nevada corporation, | |
| Defendant. | |

Complaint Filed:  October 17, 2016
Trial Date:       None Set

- 1 -
NOTICE OF SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-15.7, Plaintiff Guillermo Robles hereby gives notice by and through his respective counsel of record that the parties have reached a settlement which fully resolves their respective claims in and associated with this matter.

These parties are in the process of finalizing a settlement agreement and anticipate filing a Stipulation of Dismissal of the entire action with prejudice within the next sixty (60) days. In consideration of this settlement, the anticipated forthcoming dismissal, and the parties' desire to preserve their respective resources as well as the resources of the Court, the parties respectfully request that the Court suspend all remaining proceedings and litigation deadlines at this time including, but not limited to, the Scheduling Conference calendared for Monday, January 23, 2017, while the parties finalize their agreement.

Dated: January 20, 2017

MANNING LAW, APC
Joseph R. Manning
Caitlin Scott

By:/s/ <u>Joseph R. Manning, Jr.</u>
Joseph R. Manning
Caitlin Scott

Attorneys for Plaintiff